IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02189-MSK-MEH

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

       Plaintiff,

v.

ARTHUR ANDERSEN & COMPANY, an accounting firm, whose legal status is a
  limited liability partnership,
QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation
  having its principal office and place of business in Denver, Colorado,
QWEST CAPITAL FUNDING, INC., a Delaware corporation,
PHILIP F. ANSCHUTZ,
GREGORY M. CASEY,
STEPHEN M. JACOBSEN,
AFSHIN MOHEBBI,
JOSEPH P. NACCHIO,
FRANK L. NOYES,
CRAIG D. SLATER,
JAMES A. SMITH,
ROBIN R. SZELIGA,
DRAKE S. TEMPEST,
MARC B. WEISBERG,
LEWIS O. WILKS, and
"DOES" numbers 1 through 10,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

      IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate

proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 6th day of November, 2006

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge