IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02189-MSK-MEH

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

ARTHUR ANDERSEN & COMPANY, an accounting firm, whose legal status is a
  limited liability partnership,
QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation
  having its principal office and place of business in Denver, Colorado,
QWEST CAPITAL FUNDING, INC., a Delaware corporation,
PHILIP F. ANSCHUTZ,
GREGORY M. CASEY,
STEPHEN M. JACOBSEN,
AFSHIN MOHEBBI,
JOSEPH P. NACCHIO,
FRANK L. NOYES,
CRAIG D. SLATER,
JAMES A. SMITH,
ROBIN R. SZELIGA,
DRAKE S. TEMPEST,
MARC B. WEISBERG,
LEWIS O. WILKS, and
"DOES" numbers 1 through 10,

    Defendants.

## ORDER DENYING UNOPPOSED MOTION TO STAY

    THIS MATTER comes before the Court on Qwest Communications International Inc. and Qwest Capital Funding Inc.'s Unopposed Motion to Stay **(#8)**. They ask the Court to stay this action until 45 days after Judge Robert Blackburn issues a ruling on their motion to consolidate this case into an earlier-filed case, Civil Action No. 04-cv-00781-REB-PAC.

The Court renders no opinion with regard to the merits of the motion to consolidate, and does not presume that it will be granted by Judge Blackburn. Regardless of whether the cases are consolidated, this newly filed action must proceed. No good cause having been shown,

**IT IS ORDERED THAT** the Unopposed Motion to Stay **(#8)** is **DENIED**.

Dated this 30th day of November, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge